IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILMA LEAH COLE,

        Petitioner,

v.

JEHOVAHS WITNESS ELDER BODYS MEDICAL FIELD,

        Respondent.

Case No. 3:15-cv-246-BR

JUDGMENT

BROWN, Judge.

Based on the Record,

IT IS ORDERED AND ADJUDGED that this Action is dismissed.

The Court DENIES a certificate of appealability as Petitioner has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

DATED this 26th day of May, 2015.

                              ANNA J. BROWN
                              United States District Judge

1 - JUDGMENT -    \\ord.local\shares\Shares\Brown-LawClerks\15-246cole0521judgment.wpd